UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED NAIL HUSSAIN ZADA, | Case No.  26-cv-04157-VC |
| Plaintiff, | |
| v. | **ORDER RE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| SERGIO ALBARRAN, et al., | Re: Dkt. No. 2 |
| Defendants. | |

The government is ordered to file a response to the Motion for a Temporary Restraining Order by 10 a.m. PT tomorrow, May 7. Any reply must be filed by 12 p.m. PT tomorrow. The government is prohibited from deporting the petitioner or removing him from the district while the TRO application is pending.

The petitioner is ordered to email this order to Pamela.Johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____
VINCE CHHABRIA
United States District Judge