UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED NAIL HUSSAIN ZADA,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | 26-cv-04157-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order granting the habeas petition in part and denying it in part. *See* Dkt. No. 34. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 5, 2026

VINCE CHHABRIA
United States District Judge